ANDREW R. HADEN
Acting United States Attorney
KYLE B. MARTIN
Assistant United States Attorney
CA Bar No. 267013
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7726

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. 25cr00442-H |
|---|---|
| Plaintiff, | |
| v. | MOTION TO UNSEAL ARREST WARRANT |
| GEOVANY ANDRES ROJAS, | |
| Defendant. | |

The United States of America, by its counsel, moves to unseal the Arrest Warrant in the above-captioned matter.

DATED: March 10, 2025          Respectfully submitted,

ANDREW R. HADEN
Acting United States Attorney

s/Kyle B. Martin
KYLE B. MARTIN
Assistant U. S. Attorney

**SO ORDERED.**

DATED: March 10, 2025

HONORABLE DANIEL E. BUTCHER
UNITED STATES MAGISTRATE JUDGE